UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERCOMM USA, INC.,<br><br>        *Plaintiff,*<br><br>        v.<br><br>CDN INNOVATIONS, LLC,<br><br>        *Defendant.* | Case No. 4:24-cv-00174-HSG<br><br>**ORDER GRANTING DEFENDANTS UNOPPOSED MOTION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>DEMAND FOR JURY TRIAL |

ORDER

The Court, having considered Defendant CDN Innovations LLC's ("Defendant") Unopposed Motion and good cause having been shown, it is hereby ORDERED that Defendant's due date for responding to the complaint is extended 30-days up to and including March 11, 2024.

**SO ORDERED** this 8th day of February, 2024.

_____
The Honorable Haywood S Gilliam, Jr.
United States District Court Judge