| | |
|---|---|
| Ming-Tao Yang (SBN 221295)<br>ming.yang@finnegan.com<br>Jeffrey D. Smyth (SBN 280665)<br>jeffrey.smyth@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,**<br> **GARRETT & DUNNER, LLP**<br>3300 Hillview Avenue<br>Palo Alto, California 94304<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666<br><br>*Attorneys for Plaintiff*<br>*Sercomm USA Inc.* | Seth W. Wiener (SBN 203747)<br>seth@sethwienerlaw.com<br>Law Offices of Seth W. Wiener<br>609 Karina Court<br>San Ramon, CA 94582<br>Tel: (925) 487-5607<br><br>James Lennon (pro hac vice to be filed)<br>jlennon@devlinlawfirm.com<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>Tel: (302) 449-9010<br><br>*Attorneys for Defendant*<br>*CDN Innovations, LLC* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SERCOMM USA, INC.,<br><br>    *Plaintiff,*<br><br>v.<br><br>CDN INNOVATIONS, LLC,<br><br>    *Defendant.* | Case No. 4:24-cv-00174-HSG<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF'S REPLY TO MOTION TO DISMISS**<br><br>DEMAND FOR JURY TRIAL |

Plaintiff Sercomm USA Inc. ("Sercomm USA") and Defendant CDN Innovations, LLC ("CDN"), by and through counsel, and pursuant to Civil L.R. 6-2 and 7-12, hereby stipulate and respectfully request that the deadline for Defendant's Reply to Motion to Dismiss is extended by one-week up to and including April 8, 2024.  This extension is being stipulated and respectfully requested as a member of Defendant's legal team is caring for a sick parent along with the upcoming holiday. The Motion to Dismiss will be heard on May 16, 2024.

## RECITALS

1. Defendant CDN filed its Motion to Dismiss on March 11, 2024. (Dkt. 13.)
2. Plaintiff Sercomm USA filed its Opposition to Motion to Dismiss on March 25, 2024. (Dkt. 14.)
3. Defendant's Reply date is presently April 1, 2024.
4. The hearing for the Motion to Dismiss is May 16, 2024. (Dkt. 13.)
5. Two deadlines have been modified previously.  Once for the 30-day extension of CDN's deadline to answer or otherwise respond to the Complaint (Dkt. 12) and once for continuing the Initial Case Management Conference, Rule 26(f) Report, and Case Management Statement, which is pending before the Court (Dkt. 19).  This extension is not requested for the purposes of undue delay.

## STIPULATION

Pursuant to Civil L.R. 6-2 and 7-12, the Parties hereby stipulate and respectfully request that the Reply to Motion to Dismiss is extended one-week up to and including April 8, 2024.

| | | |
|---|---|---|
| 1 | Dated: March 29, 2024 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| 2 | | By: */s/*_____ |
| 3 | | Ming-Tao Yang |
| | | Attorneys for Plaintiff Sercomm USA Inc. |
| 4 | | |
| 5 | | |
| 6 | Dated: March 29, 2024 | LAW OFFICES OF SETH W. WIENER |
| 7 | | |
| 8 | | *[signature]* |
| 9 | | By:_____ |
| 10 | | Seth W. Wiener |
| | | Attorneys for Defendant CDN Innovations, LLC |

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF'S REPLY TO MOTION TO DISMISS**
4:24-cv-00174-HSG

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), Counsel for Defendant CDN Innovations LLC hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for Plaintiff Sercomm USA. Inc.

Dated: March 29, 2024.

_____
*Seth W. Wiener*
*Attorneys for Defendant CDN Innovations, LLC*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: \_\_\_\_3/29/2024\_\_\_\_

The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge
Northern District of California

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF'S REPLY TO MOTION TO DISMISS**
4:24-cv-00174-HSG