Ming-Tao Yang (SBN 221295)
ming.yang@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
 **GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

*Attorneys for Plaintiff*
*Sercomm USA Inc.*

Seth W. Wiener (SBN 203747)
seth@sethwienerlaw.com
Law Offices of Seth W. Wiener
609 Karina Court
San Ramon, CA 94582
Tel: (925) 487-5607

James Lennon (pro hac vice to be filed)
jlennon@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Tel: (302) 449-9010

*Attorneys for Defendant*
*CDN Innovations, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SERCOMM USA, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> CDN INNOVATIONS, LLC, <br><br> *Defendant.* | Case No. 4:24-cv-00174-HSG <br><br> **STIPULATION AND ORDER TO STAY ALL DEADLINES** <br><br> DEMAND FOR JURY TRIAL |

1 Plaintiff Sercomm USA Inc. ("Sercomm USA") and Defendant CDN Innovations, LLC ("CDN"), by and through counsel, and pursuant to Civil L.R. 6-2 and 7-12, hereby stipulate and respectfully request that all deadlines in this action be stayed for a period of sixty (60) days and that the hearing and initial case management conference set for May 16, 2024 be continued.  The parties jointly make this request because an agreement in principle has been reached that resolves all matters in the controversy between the parties this action.  Because the agreement involves several third parties, it is anticipated that a final agreement may not be ready for execution within the next thirty (30) days.  The parties expect to jointly file a dismissal with prejudice of all claims between them within sixty (60) days.

**RECITALS**

1. Defendant CDN filed its Motion to Dismiss on March 11, 2024. (Dkt. 13.)
2. Plaintiff Sercomm USA filed its Opposition to Motion to Dismiss on March 25, 2024. (Dkt. 19.)
3. Defendant's Reply date, initially set for April 1, 2024, was extended by stipulation and order to April 8, 2024. (Dkt. 21.)
4. The hearing for the Motion to Dismiss is May 16, 2024. (Dkt. 13.)
5. On April 2, 2024, the Court issued a Clerk's Notice that the initial case management conference, originally set for April 9, 2024, "is continued in-person to May 16, 2024, before Judge Harwood S. Gilliam, Jr., at 2:00 p.m., to be held along with on the hearing the [13] motion to dismiss[.]" (Dkt. 22.)
6. In addition to the foregoing extensions, two additional deadlines have been modified.  Once for the 30-day extension of CDN's deadline to answer or otherwise respond to the Complaint (Dkt. 12) and once for continuing the Initial Case Management Conference, Rule 26(f) Report (Dkt. 22).
7. This stay is not requested for the purposes of undue delay.

**STIPULATION**

Pursuant to Civil L.R. 6-2 and 7-12, the Parties hereby stipulate and respectfully request

1  that all pending deadlines in this action be stayed for sixty (60) days, up to and including June 4,
2  2024, and that the hearing and initial case management conference set for May 16, 2024 be
3  continued.  Plaintiff and Defendant request this stay, not for the purposes of any delay, but so
4  that the agreement may be finalized and the parties may then file dismissal papers without
5  incurring additional expenses.

Dated: April 8, 2024

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By: */s/*
Ming-Tao Yang
Attorneys for Plaintiff Sercomm USA Inc.

Dated: April 8, 2024

LAW OFFICES OF SETH W. WIENER

By:_____
Seth W. Wiener
Attorneys for Defendant CDN Innovations, LLC

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), Counsel for Defendant CDN Innovations LLC hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for Plaintiff Sercomm USA. Inc.

Dated: April 4, 2024.

_____
*Seth W. Wiener*
*Attorneys for Defendant CDN Innovations, LLC*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/8/2024

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge
Northern District of California